Present: RALPH K. WINTER, ROSEMARY S. POOLER and PETER W. HALL, Circuit Judges.

**Ivan TORRES, Plaintiff–Appellant,**

v.

**Robert ERCOLE, Respondent–Appellee.**

No. 09–5224–pr.

United States Court of Appeals, Second Circuit.

April 13, 2011.

Eunice C. Lee, (Richard M. Greenberg, on the brief), Office of the Appellate Defender, New York, NY, for Appellant.

Alyson J. Gill, Assistant Attorney General, (Barbara D. Underwood, Solicitor General and Roseann B. MacKechnie, Deputy Solicitor General for Criminal Matters, on the brief), for Andrew M. Cuomo, New York State Attorney General, New York, NY, for Appellee.

## SUMMARY ORDER

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **AFFIRMED.**

Appellant appeals from an order of the Southern District of New York (Berman, *J.*) denying his petition for a writ of habeas corpus. Appellant contends that he received ineffective assistance of counsel as a result of his attorney's failure to obtain suppression of a statement made shortly before his arrest. The district court denied habeas relief and this appeal followed. We affirm for substantially the same reasons stated in the district court's thoughtful and comprehensive opinion.

We have considered Appellant's remaining arguments and conclude that they are without merit. Accordingly, for the reasons stated herein, the judgment of the district court hereby is **AFFIRMED.**